OPINION — AG — AN EARNED JURIS DOCTOR (J.D.) DEGREE CONSTITUTES AN EARNED DOCTOR'S DEGREE WITHIN THE MEANING OF SUBSECT B, SECT 1, CHAPTER III, POLICY MANNUAL FOR THE BOARD OF REGENTS OF OKLAHOMA COLLEGES, REQUIRING THAT AN EARNED DOCTOR'S DEGREE BE REQUIRED OF AN APPLICANT FOR SELECTION AS A UNIVERSITY PRESIDENT. CITE: 70 O.S. 1971 3206 [70-3206], 47 O.S. 1971 [47-1-101], 1-101, 70 O.S. 1977 Supp., 18-114 [70-18-114], 70 O.S. 1977 Supp., 18-114.3 [70-18-114.3] (R. THOMAS LAY)